# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| THOMAS L. THOMAS, | * | |
| | * | |
| Relator, | * | CIVIL ACTION NO.: 5:17-cv-22 |
| | * | |
| v. | * | |
| | * | |
| JACKSONVILLE TRANSPORTATION AUTHORITY, et al., | * | |
| | * | |
| Respondents. | * | |

### ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's September 1, 2017 Report and Recommendation, dkt. no. 7, to which Relator filed Objections, dkt. no. 11. Relator's Objections are simply a reiteration of his arguments which he already presented and which the Magistrate Judge correctly rejected. In fact, Relator's Brief in Support of his Objections, dkt. no. 11-1, is a direct copy of his original Complaint, dkt. no. 3.

Accordingly, the Court **OVERRULES** Relator's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Relator's Complaint, **DISMISSES** Relator's pending Motion to Prevent Laches After 60-Day Investigation **as moot**, and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to

enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ____12____ day of ____January____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA